## United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SU MIN KIM and JI HUN KIM,<br>*Plaintiffs*, | § § § | |
| v. | § § § | Civil Action No. 4:19-CV-00332<br>Judge Mazzant |
| AMERICAN HONDA MOTOR CO., INC.,<br>*Defendant*. | § § § § | |

## VERDICT OF THE JURY

### QUESTION NO. 1:

Was there a design defect in the automobile at the time it left the possession of **Defendant American Honda Motor Co., Inc.** that was a producing cause of the injuries in question?

Answer "Yes" or "No."

Answer: __YES__

If you answered "Yes" to Question No. 1, proceed to Question No. 2.

If you answered "No" to Question No. 1, go to the last page and sign and date the Verdict Form.

Do not answer any other questions.

1

## QUESTION NO. 2:

Was the negligence of **Trae Michael Hubbard** a proximate cause of the injuries in question?

Answer "Yes" or "No."

Answer: __YES__

If you answered "Yes" to Question No. 1 and "Yes" to Question No. 2, proceed to Question No. 3.

If you answered "Yes" to Question No. 1 and "No" to Question No. 2, proceed to Question No. 4.

## QUESTION NO. 3:

Assign percentages of responsibility only to those you found caused or contributed to cause Plaintiffs' injuries. The percentages you find must total 100 percent. The percentages must be expressed in whole numbers. The percentage of responsibility attributable to any one is not necessarily measured by the number of acts or omissions found.

For each person or party you found caused or contributed to cause the injuries in question, find the percentage of responsibility attributable to each:

A. **American Honda Motor Co., Inc.**          __23__ %

B. **Trae Michael Hubbard**                    __77__ %

C. **TOTAL**                                   __100__ %

Proceed to Question No. 4.

## QUESTION NO. 4:

What sum of money, if any, would fairly and reasonably compensate **Plaintiff Su Min Kim** for her injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not include damages for one element in any other element. Do not include interest on any amount of damage you find. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of Plaintiff Su Min Kim.

Answer separately, in dollars and cents, for damages, if any:

A. Reasonable expenses of necessary medical care in the past.

Answer: 180,808.74

B. Reasonable expenses of necessary medical care that, in reasonable probability, Plaintiff Su Min Kim will incur in the future.

Answer: 7,000,000

C. Loss of earning capacity that, in reasonable probability, Plaintiff Su Min Kim will incur in the future.

Answer: 1,000,000

D. Physical impairment sustained in the past.

Answer: 500,000

E. Physical impairment that, in reasonable probability, Plaintiff Su Min Kim will sustain in the future.

Answer: 2,000,000

3

F. Physical pain and suffering sustained in the past.

   Answer: 4,000,000

G. Mental anguish sustained in the past.

   Answer: 2,000,000

H. Mental anguish that, in reasonable probability, Plaintiff Su Min Kim will sustain in the future.

   Answer: 4,000,000

I. Disfigurement sustained in the past.

   Answer: 500,000

J. Disfigurement that, in reasonable probability, Plaintiff Su Min Kim will sustain in the future.

   Answer: 0

Proceed to Question No. 5.

4

## QUESTION NO. 5:

What sum of money, if any, would fairly and reasonably compensate **Plaintiff Ji Hun Kim** for his injuries, if any, that resulted from being a bystander to the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not include damages for one element in any other element. Do not include interest on any amount of damage you find. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of Plaintiff Ji Hun Kim.

A. Mental anguish sustained in the past.

   Answer: 250,000

B. Mental anguish that, in reasonable probability, Plaintiff Ji Hun Kim will sustain in the future.

   Answer: 0

Foreperson's Initials: _          Date: 6/17/2022