IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SU MIN KIM and JI HUN KIM, | § § | |
| Plaintiffs, | § § | |
| V. | § § | Civil Action No.: Civil Action No. 4:19-CV-00332-ALM |
| AMERICAN HONDA MOTOR CO., INC., | § § § | |
| Defendant. | § § | |

**ORDER**

Pending before the Court are Plaintiffs Motion for Leave to File their Response Brief to Defendant Honda's Supplemental Brief on Apportionment (Dkt. #129) and Request for Oral Argument (Dkt. #130). Having reviewed the motion and request, the Court finds that they should be **GRANTED**. Plaintiffs' Response Brief to Defendant Honda's Supplemental Brief on Apportionment (Dkt. #131) is deemed filed. Oral argument on the matter of fault apportionment is set for _____, 2022 at ____m.

It is therefore, **ORDERED**, that

**IT IS SO ORDERED.**