IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SU MIN KIM and JI HUN KIM, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:19-CV-00332-ALM |
| vs. | § § | |
| AMERICAN HONDA MOTOR CO., INC. | § § § | |
| Defendant. | § | |

**DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S
NOTICE OF INTENT TO REQUEST REDACTION**

Pursuant to the Notice of Filing of Official Transcript of Trial Testimony of Takashi Akiyama dated September 27, 2022, ECF No. 157, Defendant American Honda Motor Co., Inc. hereby notifies the Court that it intends to request the redaction of certain portions of the Trial Testimony of Takashi Akiyama held on June 14, 2022 before Judge Mazzant.  Specifically, Defendant intends to request the redaction of portions of the trial testimony transcript that contain information Defendant intends to designate as "CONFIDENTIAL" pursuant to the Protective Order entered in this case.  *See* ECF No. 19.

Respectfully submitted,

*/s/ Kurt C. Kern*
**KURT C. KERN**
State Bar No. 11334600
kurt.kern@nelsonmullins.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone (469) 484-6100
Facsimile (469) 828-7217

**ATTORNEYS FOR DEFENDANT
AMERICAN HONDA MOTOR CO., INC.**

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure on the 3rd day of October 2022.

                                          */s/ Kurt C. Kern*