IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SU MIN KIM and JI HUN KIM, | § § | |
| Plaintiffs, | § § | Civil Action No. 4:19-CV-00332-ALM |
| vs. | § § | |
| AMERICAN HONDA MOTOR CO., INC., | § § | |
| Defendant. | § | |

# DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S NOTICE OF APPEAL

Defendant American Honda Motor Co., Inc. ("AHM") hereby serves notice of its intent to appeal to the United States Court of Appeals for the Fifth Circuit from the:

(1) Final Judgment signed on June 28, 2022 [ECF No. 133]

(2) Order signed on June 15, 2022 (on AHM's proposed jury instruction) [ECF No. 113];

(3) Memorandum Opinion and Order signed on November 7, 2022 (denying AHM's post-judgment motions) [ECF No. 164];

(4) Oral ruling denying AHM's motion for directed verdict on June 15, 2022;

(5) Oral ruling denying AHM's renewed motion for directed verdict on June 16, 2022;

(6) Oral rulings denying AHM's objections to the jury charge and refusing AHM's tenders on June 16, 2022;

(7) Order signed on May 19, 2022 (denying AHM's motion to exclude plaintiffs' expert Neil Hannemann) [ECF No. 75];

(8) Order signed on May 19, 2022 (denying AHM's motion to exclude plaintiffs' expert Mariusz Ziejewski) [ECF No. 74];

(9) Oral ruling denying AHM's requested supplemental answer to jury note on June 17, 2022;

(10) All evidentiary rulings during trial, including: (i) excluding AHM's evidence of industry custom; (ii) excluding AHM's evidence that the subject model vehicle had never been subject to a recall as to the airbags or restraint system; (iii) admitting plaintiffs' evidence of testing by General Motors; (iv) admitting plaintiffs' demonstrative videos and animations; and (v) admitting plaintiffs' testimony to interpret AHM's documents.

(11) all rulings and orders subsidiary to or subsumed within the Final Judgment and the orders and rulings listed above.

/s/ *Kurt C. Kern*
**Kurt C. Kern**
State Bar No. 11334600
kurt.kern@nelsonmullins.com
**David P. Stone**
State Bar No. 19289060
david.stone@nelsonmullins.com
**NELSON MULLINS RILEY
& SCARBOROUGH LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone (469) 484-6100
Telecopier (469) 828-7217

ATTORNEYS FOR DEFENDANT
AMERICAN HONDA MOTOR CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system and service will be perfected upon any CM/ECF participants' counsel of record electronically.

                                       */s/ Kurt C. Kern*
                                       Kurt C. Kern