# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 7, 2023
Lyle W. Cayce
Clerk

No. 22-40790

___

Su Min Kim; Ji Hun Kim,

*Plaintiffs—Appellees,*

versus

American Honda Motor Company, Incorporated,

*Defendant—Appellant.*

___

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-332

___

Before Higginbotham, Smith, and Elrod, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party to bear own costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Dec 19, 2023

Attest:
*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit